# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLOBUS MEDICAL, INC. | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| DAN POWELL, | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## DECLARATION OF JEREMY ZIVITZ

Under penalty of perjury, and pursuant to 28 U.S.C. § 1746, Declarant, Jeremy Zivitz, states that:

1.      My name is Jeremy Zivitz.  I am above the age of 18 years and am fully competent to give the testimony contained in this Declaration, all of which comes from my personal knowledge.

2.      Globus has employed me as its Senior Director, IT Operations and Cybersecurity since December 2024.

3.      I have reviewed the allegations in Globus' Complaint for Injunctive Relief and Damages against Dan Powell.  After doing so, I can and do find accuracy of the allegations contained in paragraphs 19–22.

Further Affiant sayeth not.

I declare under the penalties of perjury, and pursuant to 28 U.S.C. § 1746, that this Declaration has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date: _Apr 7, 2026_

_Jeremy Zivitz_
**Jeremy Zivitz**

1

# Globus_Powell - Declaration of Jeremy Zivitz (Execution Copy) 4920-0036-7262 v.1

Final Audit Report                                                                    2026-04-07

| | |
|---|---|
| Created: | 2026-04-07 |
| By: | Thomas McFarland (tmcfarland@gsrm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAUX4NWo-MYS3F6YPiw4jJlcalvyX-dZx |

## "Globus_Powell - Declaration of Jeremy Zivitz (Execution Copy) 4920-0036-7262 v.1" History

Document created by Thomas McFarland (tmcfarland@gsrm.com)
2026-04-07 - 5:18:36 PM GMT

Document emailed to Jeremy Zivitz (jzivitz@globusmedical.com) for signature
2026-04-07 - 5:19:15 PM GMT

Email viewed by Jeremy Zivitz (jzivitz@globusmedical.com)
2026-04-07 - 5:19:18 PM GMT

Document e-signed by Jeremy Zivitz (jzivitz@globusmedical.com)
Signature Date: 2026-04-07 - 6:03:51 PM GMT - Time Source: server

Agreement completed.
2026-04-07 - 6:03:51 PM GMT

**Adobe Acrobat Sign**