# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLOBUS MEDICAL, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. _____ |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DAN POWELL,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

## DECLARATION OF MICAH SCHMITT

Under penalty of perjury, and pursuant to 28 U.S.C. § 1746, Declarant, Micah Schmitt, states that:

1.      My name is Micah Schmitt.  I am above the age of 18 years and am fully competent to give the testimony contained in this Declaration, all of which comes from my personal knowledge.

2.       Globus has employed me as its Senior Vice President of Global INR Sales since September 2024, which makes me the Executive Sales Leader for this division.  At Globus, "INR" refers to Capital Equipment that is used for, without limitation, imaging, navigation and robotics.  The term "Capital Equipment" generally refers to non-disposable machines, devices, robots, etc. that are used to assist surgeons while operating.

3.      I have reviewed the allegations in Globus' Complaint for Injunctive Relief and Damages against Dan Powell.  After doing so, I can and do verify the accuracy of the allegations contained in paragraphs 9, 23–28, 31, and 36.

Further Affiant sayeth not.

1

I declare under the penalties of perjury, and pursuant to 28 U.S.C. § 1746, that this Declaration has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date: Apr 7, 2026

*Micah Schmitt*
Micah Schmitt (Apr 7, 2026 11:18:36 PDT)

**Micah Schmitt**

2

# Globus_Powell - Declaration of Micah Schmitt (Execution Copy) 4902-1287-1326 v.1

Final Audit Report                                    2026-04-07

| | |
|---|---|
| Created: | 2026-04-07 |
| By: | Thomas McFarland (tmcfarland@gsrm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARdZWuNbl_fBsXUmrpBF0HhXPuq-Mp3FC |

## "Globus_Powell - Declaration of Micah Schmitt (Execution Copy) 4902-1287-1326 v.1" History

Document created by Thomas McFarland (tmcfarland@gsrm.com)
2026-04-07 - 4:10:38 PM GMT

Document emailed to mschmitt@globusmedical.com for signature
2026-04-07 - 4:11:09 PM GMT

Email viewed by mschmitt@globusmedical.com
2026-04-07 - 4:11:14 PM GMT

Signer mschmitt@globusmedical.com entered name at signing as Micah Schmitt
2026-04-07 - 6:18:34 PM GMT

Document e-signed by Micah Schmitt (mschmitt@globusmedical.com)
Signature Date: 2026-04-07 - 6:18:36 PM GMT - Time Source: server

Agreement completed.
2026-04-07 - 6:18:36 PM GMT

**Adobe Acrobat Sign**